IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ROBERT MICHAEL HARRIOTT, § | |
| Petitioner, § | |
| § | |
| v.  § | No. 3:20-cv-1668-E (BT) |
| § | |
| DEPARTMENT OF HOMELAND § | |
| SECURITY BUREAU OF § | |
| IMMIGRATION AND CUSTOMS § | |
| ENFORCEMENT, et al., § | |
| Respondents. § | |

# ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge dated December 1, 2020, the Court finds that the Findings and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings, Conclusions, and Recommendation of the Court.

**IT IS, THEREFORE, ORDERED** that the Findings, Conclusions, and Recommendation of the United States Magistrate Judge are accepted.

**SO ORDERED** this 17th day of December, 2020.

_____
ADA BROWN
UNITED STATES DISTRICT JUDGE